| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO |

| | |
|---|---|
| SUSAN ROMAC,<br><br>   Plaintiff,<br><br> v.<br><br>GARFIELD BEACH CVS, LLC dba CVS PHARMACY STORE 9158 and ECC OROVILLE CA, LLC,<br><br>   Defendant. | CASE NO. 2:17-cv-01464-KJM-CMK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT GARFIELD BEACH CVS, LLC dba CVS PHARMACY STORE 9158 TO RESPOND TO COMPLAINT**<br><br>Complaint filed: 7/13/2017<br>Complaint served: 7/21/2017<br>Trial Date: None Set<br>Judge: Hon. Kimberly J. Mueller |

Plaintiff SUSAN ROMAC ("Plaintiff") and Defendant GARFIELD BEACH CVS, LLC dba CVS PHARMACY STORE 9158 ("Defendant"), by and through their respective undersigned counsel of record, have submitted a joint stipulation to extend the time for Defendant to respond to the Initial Complaint in this matter by 14 days so that Defendant's response to the Initial Complaint will be due on or before September 22, 2017.

/////

/////

1  NOW, THEREFORE, good cause appearing from the parties' joint
2  stipulation, the Court orders that the time upon which Defendant shall have to
3  respond to the Initial Complaint is hereby extended to September 22, 2017.
4  IT IS SO ORDERED.
5  DATED: September 14, 2017.

_____
UNITED STATES DISTRICT JUDGE