1 | Scottlynn J Hubbard, SBN 212970
2 | **DISABLED ADVOCACY GROUP, APLC**
3 | 12 Williamsburg Lane
  | Chico, California 95926
4 | Telephone: (530) 895-3252
5 | Facsimile: (530) 894-8244
  | Email: USDCEast@HubsLaw.com

Attorney for Plaintiff
Susan Romac

William Rowell, SBN 178587
John Sheehan, SBN 273994
**BUTY & CURLIANO, LLP**
516 16th Street
Oakland, California 94612
Telephone: (510) 267-3000
Facsimile: (510) 267-0117
Email: BRowell@ButyCurliano.com; JSheehan@ButyCurliano.com

Attorneys for Defendants
Garfield Beach CVS, LLC and ECC Oroville CA, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Romac<br><br>　　Plaintiff,<br><br>　　v.<br><br>Garfield Beach CVS, LLC, et al.,<br><br>　　Defendants. | Case No. 2:17-cv-01464-KJM-CMK<br><br>**Stipulation to Amend Complaint** |

The hereby parties stipulate that Plaintiff may amend her complaint add a claim under Section 504 of the Rehabilitation Act; a copy of her proposed amended complaint is attached hereto as Exhibit A.

Dated: August 17, 2018     DISABLED ADVOCACY GROUP, APLC

                                 */s/ Scottlynn J Hubbard*       /
                                 SCOTTLYNN J HUBBARD
                                 Attorney for Plaintiff Susan Romac

Dated: August 17, 2018     BUTY & CURLIANO, LLP

                                 */s/ John Sheehan*            /
                                 WILLIAM ROWELL
                                 JOHN SHEEHAN
                                 Attorneys for Defendant Garfield Beach
                                 CVS, LLC and ECC Oroville CA, LLC

## **ORDER**

For good cause shown, plaintiff shall file her proposed amended complaint within seven (7) days. Defendants' answer, if any, shall be filed within 21 days of plaintiff's filing. The status (pretrial scheduling) conference set for September 13, 2018 is VACATED and RESET for October 11, 2018 at 2:30 p.m. in Courtoom 3 before Distric Judge Kimberly J. Mueller, with the filing of a joint status report due seven days prior.

     IT IS SO ORDERED.

DATED: August 31, 2018.                                                           
                                                     UNITED STATES DISTRICT JUDGE